UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-213-MOC-DCS-3

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SABRINA MOMMERS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Letter, which the Court construes as a motion for credit for time served. (#574).

Defendant participated in Costa Rica-based fraudulent telemarketing sweepstakes scheme, and she was subsequently convicted in this Court. Defendant seeks credit for time served while in Costa Rica before her extradition. This request is denied, as the Attorney General (through the Bureau of Prisons), not the Court, is responsible for computing credit for time served under 18 U.S.C. § 3585(b). Furthermore, if Defendant seeks to challenge the Bureau of Prison's computation of her federal sentence she must do so through a writ of habeas corpus under 28 U.S.C. § 2241, filed in her district of confinement.

Having thus considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Letter Motion for Credit for Time Served, (#574), is **DENIED**.

-1-

Signed: July 22, 2020

*[Signature]*

Max O. Cogburn Jr
United States District Judge