# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:15-CR-00213-MOC-SCR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **WRIT OF EXECUTION** |
| | ) | |
| SABRINA MOMMERS | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND FIDELITY INVESTMENTS:

An Amended Judgment was entered on March 6, 2020, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Sabrina Mommers, whose last known address is XXXXXXXXXXXX, Charlotte, NC XXXXX, in the sum of $11,237,157.65. (Doc. No. 535). The balance on the account as of November 25, 2024, is $11,227,854.09.

YOU ARE HEREBY COMMANDED pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3203 to satisfy the judgment by levying and/or executing on property, and Fidelity Investments is commanded to liquidate and turn over property, less any deductions required by law, in a timely manner and no later than ninety (90) days after the date of the issuance of this Writ of Execution, in which Defendant, Sabrina Mommers, Social Security Number XXX-XX-1508, has a substantial nonexempt interest, the property being any and all funds located in the Inherited Individual Retirement Account of decedent Hubert R. Mommers, bearing account number XXX-XX0736, which is held in the name of Sabrina Mommers and located at the following address:

FIDELITY INVESTMENTS
ATTN: LEGAL DEPARTMENT
100 CROSBY PARKWAY
COVINGTON, KENTUCKY 41015

YOU ARE FURTHER COMMANDED to turn over the net proceeds of the levied property to the United States Clerk of Court. The payment must be mailed to:

UNITED STATES DISTRICT CLERK OF COURT
ATTN: FINANCE DEPARTMENT
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

To ensure that the payment is credited properly, the following information should be included on the check: Case Number DNCW3:15CR213-003 and Defendant's Name Sabrina Mommers.

YOU ARE FURTHER COMMANDED that the levy shall not exceed property reasonably equivalent in value to the balance on the account of $11,227,854.09.

**SO ORDERED**.  Signed: December 3, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge